JS-6

Benjeman Beck (SBN 268617)
Vanessa J. Oliva (SBN 310933)
**CONSUMER LAW EXPERTS**
5757 W Century Blvd, Suite 500
Los Angeles, CA 90045
Tel: (310) 442-1410 ext. 107
Fax: (877) 566-8828
ben@nolemon.com
vanessa@nolemon.com

Attorneys for Plaintiff, PEDRO C. SANDOVAL

Erin Hanson (SBN 272813)
EHanson@ClarkHill.com
CLARK HILL LLP
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Tel.: (619) 557-0404
Fax: (619) 557-0460

Attorneys for Defendant, FCA US, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO C. SANDOVAL, an individual<br><br>Plaintiff,<br>v.<br><br>FCA US LLC; PERRIS VALLEY AUTO CENTER; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 8:21-cv-02018-DOC-KES<br><br>[Assigned to the Hon. David O. Carter]<br><br>**ORDER TO REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT [13]** |

---

ORDER TO
REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT

## ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT, the Court finds good cause therefor and hereby ORDERS:

This entire case is remanded to the Superior Court of the State of California for the County of Orange.

IT IS SO ORDERED.

**DATED: February 11, 2022**

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**